DAVID G. SPIVAK (SBN 179684)
  david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
  caroline@spivaklaw.com
THE SPIVAK LAW FIRM
8605 Santa Monica Blvd., PMB 42554
West Hollywood, CA 90069
Telephone (213) 725-9094
Facsimile (213) 634-2485

Attorneys for Plaintiff,
EVE STORM, and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE STORM, on behalf of herself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>EXPRESS SERVICES, INC., a Colorado corporation doing business as Express Employment Professionals; O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; and DOES 1–50, inclusive,<br><br>*Defendants*. | Case No.: 5:22−cv−01510 FLA (MARx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41**<br><br>Judge:       Hon. Fernando L. Aenlle-Rocha<br>Magistrate:  Hon. Margo A. Rocconi<br><br>State Case Filed:  July 5, 2022<br>Removal Date:     August 26, 2022 |

1

*Storm v. Express Services, Inc., et al.*               Stipulation for Voluntary Dismissal of Action Without Prejudice

**ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER HAINES (SBN 71075)
whaines@uelglaw.com
UNITED EMPLOYEES LAW GROUP
4276 Katella Ave, #301
Los Alamitos, CA 90720
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

**ATTORNEYS FOR DEFENDANTS**

MORGAN P. FORSEY (Bar No. 241207)
mforsey@sheppardmullin.com
TYLER J. JOHNSON (Bar No. 307386)
tjjohnson@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
EXPRESS SERVICES, INC.

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS (Bar No. 269556)
Paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC



SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

2

*Storm v. Express Services, Inc., et al.*   Stipulation for Voluntary Dismissal of Action Without Prejudice

1  IT IS HEREBY STIPULATED by and between Plaintiff EVE STORM ("Plaintiff") and Defendants EXPRESS SERVICES, INC. and O'REILLY AUTO ENTERPRISES (collectively, "Defendants") by and through their undersigned counsel of record (Plaintiff and Defendants are hereafter referred to as "Parties") as follows:

1. The Parties have met and conferred and agree that it is in their mutual interests to discuss Plaintiff's allegations informally rather than through litigation and have agreed to mediate.

2. The Parties have retained Ann Kotlarski, Esq. of Judicate West as a mediator for a full day mediation on February 14, 2023.

3. On or about September 26, 2022, the Parties entered into an agreement to toll the applicable statutes of limitations against Defendants pertaining to Plaintiff's individual and class claims in this action and Plaintiff has agreed to dismiss her action by reserving her rights to resume prosecution of all her claims in this action in a later action if mediation is not successful.

4. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties.

///

///

///

///

///

SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

3

*Storm v. Express Services, Inc., et al.*               Stipulation for Voluntary Dismissal of Action Without Prejudice

5. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the dismissal of Plaintiff's action is without prejudice.

IT IS SO STIPULATED.

THE SPIVAK LAW FIRM

Dated: September 27, 2022          By: */s/ David Spivak*
    DAVID SPIVAK,
    CAROLINE TAHMASSIAN,
    Attorneys for Plaintiff, EVE STORM, and all others similarly situated

Dated:  September 27, 2022          HIGGS FLETCHER & MACK LLP

By: */s/ Derek Paradis (authorized on 9/27/22)*
    JAMES M. PETERSON
    DEREK W. PARADIS
    Attorneys for Defendant
    O'REILLY AUTO ENTERPRISES, LLC

Dated:  September 27, 2022          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Tyler Johnson (authorized on 9/27/22)*
    MORGAN P. FORSEY
    TYLER J. JOHNSON
    Attorneys for Defendant
    EXPRESS SERVICES, INC.

SPIVAK LAW
Employee Rights Attorneys
Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Civil L.R. 5-4.3.4, I, David Spivak, hereby attest that Derek W. Paradis, counsel for Defendant O'Reilly Auto Enterprises, LLC, and Tyler P. Johnson, counsel for Defendant Express Services, Inc., concur in the content and have authorized the filing of this document.

THE SPIVAK LAW FIRM

Dated: September 27, 2022          By: */s/ David Spivak*
                                               DAVID SPIVAK,
                                               CAROLINE TAHMASSIAN,
                                               Attorneys for Plaintiff, EVE STORM, and all others similarly situated


SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

5

*Storm v. Express Services, Inc., et al.*    Stipulation for Voluntary Dismissal of Action Without Prejudice