# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE STORM,<br><br>      Plaintiff,<br><br>  v.<br><br>EXPRESS SERVICES, INC., et al.,<br><br>      Defendants. | Case No. 5:22-cv-01510-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 19]** |

1

On September 27, 2022, Plaintiff Eve Storm ("Plaintiff") filed a Stipulation for Voluntary Dismissal of Action Without Prejudice ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41. Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation and ORDERS as follows:

    1. All deadlines governing this action are VACATED.
    2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: September 28, 2022

                                          FERNANDO L. AENLLE-ROCHA
                                          United States District Judge